IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEAN ROGER DANIEL,
    Plaintiff,

vs.                                  CASE NO.: 3:08cv164/MCR/MD

JAMES MCDONOUGH, et al.,
    Defendants.

_____

**O R D E R**

    This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis* (doc. 2). The prisoner consent form signed by plaintiff is an outdated version which reflects a filing fee of $250.00. The current filing fee for a civil case is $350.00. Because a prisoner who has been granted leave to proceed *in forma pauperis* is ultimately responsible for the entire amount, it is important that litigants are aware of the liability they incur by filing suit. Additionally, plaintiff failed to provide the required financial information. The statute requires plaintiff to provide a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). Plaintiff provided a printout of a one-month period. Therefore, if plaintiff wishes to proceed with this case, he shall either pay the $350.00 filing fee in full or submit a current prisoner consent form and financial information.

    Accordingly, it is ORDERED:

    1.    Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DEFERRED.

    2.    The clerk is directed to send plaintiff a current prisoner consent form, which plaintiff shall fill out and file within thirty (30) days. Additionally, plaintiff should update his account information by filing a computer printout of the transactions in his inmate trust

account for the six-month period preceding the filing of his complaint, i.e., October 17, 2007 through April 17, 2008.

      3.      Failure to comply with this order will result in a recommendation that this case be dismissed.

      DONE AND ORDERED this 30th day of April, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**